**FILED**
September 21, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> NIYAH EDWARDS, ) <br> ) <br> Defendant. ) | CASE NUMBER: 2:10-mj-00286-KJN <br><br> ORDER FOR RELEASE <br> OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release _Niyah Edwards_ ; Case _2:10-mj-00286-KJN_ from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

\_   Release on Personal Recognizance

\_   Bail Posted in the Sum of _____

X   Unsecured Appearance Bond in the amount of $25,000.00 co-signed by Tami Shepard, Allen Shepard and Gregory Bobo.

\_   Appearance Bond with 10% Deposit

\_   Appearance Bond secured by Real Property

\_   Corporate Surety Bail Bond

X   (Other) Pretrial Supervision/Conditions.

Issued at _Sacramento, CA_ on _9/21/10_ at _3:30 pm_.

By _[signature]_
Kendall J. Newman
United States Magistrate Judge